## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE COMPANY, a foreign insurer,<br><br>                  Plaintiff,<br><br>v.<br><br>KIRK D. MILLER, an individual, KIRK D. MILLER, P.S., a Washington Professional Service corporation, BRIAN CAMERON, an individual, SHAYNE SUTHERLAND, an individual, CAMERON SUTHERLAND PLLC, a Washington Professional Limited Liability Company, ISAAC GORDON, an individual, and ROBINHOOD FINANCIAL LLC, a foreign Limited Liability Company,<br><br>                  Defendants. | NO: 2:22-CV-0064-TOR<br><br>ORDER OF DISMISSAL OF ROBINHOOD FINANCIAL LLC WITHOUT PREJUDICE |

BEFORE THE COURT is a Stipulation and Proposed Order of Voluntary Dismissal of Defendant Robinhood Financial LLC. ECF No. 5. The Plaintiff and this Defendant agree and stipulate as follows:

ORDER OF DISMISSAL OF ROBINHOOD FINANCIAL LLC WITHOUT PREJUDICE ~ 1

>    1. Robinhood agrees to be bound by any decision or ruling regarding coverage for claims arising from Robinhood's litigation against ALPS's policyholders under ALPS Policies ALPS22052-3 and ALPS24677-2 made by the Court or jury in this action. Robinhood acknowledges and agrees that it has been provided with the opportunity to consult with counsel and that it signs this Stipulation free from any duress or undue influence on the part of ALPS.
>    2. In consideration of this agreement, ALPS agrees to dismiss Robinhood from this case without prejudice and without fees or costs to either Party.

ECF No. 5 at 2. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss a Defendant by filing a stipulation signed by the parties.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, Robinhood Financial LLC is **DISMISSED** without prejudice and without fees or costs to either party.

The District Court Executive is directed to enter this Order, adjust the docket accordingly, and furnish copies to counsel.

DATED May 4, 2022.

*Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL OF ROBINHOOD FINANCIAL LLC WITHOUT PREJUDICE ~ 2