UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>KIRK D. MILLER, an individual, KIRK D. MILLER, P.S., a Washington Professional Service corporation, BRIAN CAMERON, an individual, SHAYNE SUTHERLAND, an individual, CAMERON SUTHERLAND PLLC, a Washington Professional Limited Liability Company, and ISAAC GORDON, an individual,<br><br>Defendants. | NO: 2:22-CV-0064-TOR<br><br>ORDER OF DISMISSAL OF ISAAC GORDON WITHOUT PREJUDICE |

BEFORE THE COURT is a Stipulation and Proposed Order of Voluntary Dismissal of Defendant Isaac Gordon. ECF No. 13. The Court has reviewed the record and files herein, and is fully informed. Plaintiff and this Defendant stipulate as follows:

ORDER OF DISMISSAL OF ISAAC GORDON WITHOUT PREJUDICE ~ 1

>	1. Isaac Gordon agrees to be bound by any decision or ruling regarding coverage for claims arising from Robinhood's litigation against ALPS's policyholders under ALPS Policies ALPS22052-3 and ALPS24677-2 made by the Court or jury in this action. Isaac Gordon acknowledges and agrees that he has been provided with the opportunity to consult with counsel and that he signs this Stipulation free from any duress or undue influence on the part of ALPS.
>	2. In consideration of this agreement, ALPS agrees to dismiss Isaac Gordon from this case without prejudice and without fees or costs to either Party.

ECF No. 13 at 2.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss a defendant by filing a stipulation signed by the parties.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, Defendant Isaac Gordon is **DISMISSED** without prejudice according to the terms stated above and without fees or costs to either party.

The District Court Executive is directed to enter this Order, adjust the docket accordingly, and furnish copies to counsel.

DATED June 10, 2022.



　　　　　　　　　　THOMAS O. RICE
　　　　　　　　　United States District Judge

ORDER OF DISMISSAL OF ISAAC GORDON WITHOUT PREJUDICE ~ 2