UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>KIRK D. MILLER, an individual, KIRK D. MILLER, P.S., a Washington Professional Service corporation, BRIAN CAMERON, an individual, SHAYNE SUTHERLAND, an individual, and CAMERON SUTHERLAND PLLC, a Washington Professional Limited Liability Company,<br><br>Defendants. | NO: 2:22-CV-0064-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation and Agreed Order of Dismissal. ECF No. 64.  The parties agree that the Court may enter an order dismissing, with prejudice, Defendants' remaining causes of action.  The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a party may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all of Defendants' remaining claims and counterclaims, not previously resolved by the Court's Order of September 30, 2022, are hereby **DISMISSED**, with prejudice, and without any award of costs or attorneys' fees to any party.

2. All pending motions, deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED July 12, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2